M. ELISE DONNEAUX v. EVA ROSENTHAL et al.— Application denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

In the Matter of the Election of Directors of the HERBERT MCLEAN PURDY MANAGEMENT CORPORATION. FRANCES M. PURDY et al., Individually and as Executrices of HERBERT MCL. PURDY, Deceased; HERBERT MCLEAN PURDY MANAGEMENT CORPORATION et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Stevens and Bastow, JJ.

In the Matter of the Election of Directors of the THREE FORTY MADISON AVENUE CORPORATION. FRANCES M. PURDY et al., Individually and as Executrices of HERBERT MCL. PURDY, Deceased; THREE FORTY MADISON AVENUE CORPORATION et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Stevens and Bastow, JJ.

In the Matter of the Election of Directors of the BETBY CORPORATION. FRANCES M. PURDY et al., Individually and as Executrices of HERBERT MCL. PURDY, Deceased; BETBY CORPORATION et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Stevens and Bastow, JJ.

In the Matter of the Election of Directors of the FIFTH MADISON CORPORATION. FRANCES M. PURDY et al., Individually and as Executrices of HERBERT MCL. PURDY, Deceased; FIFTH MADISON CORPORATION, et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Stevens and Bastow, JJ.

In the Matter of DANIEL J. SMITH against STEPHEN P. KENNEDY, as Commissioner of the Police Department of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

FLEXSLEEV, INC. v. DYNAFLEX CORPORATION.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Valente, McNally and Stevens, JJ.

ROSE BADIGIAN v. GEORGE BADIGIAN.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Valente, Stevens and Bergan, JJ.

SAMUEL FRANCO v. STANDARD MARINE INSURANCE COMPANY, LIMITED.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin and McNally, JJ.

ILEANA ADLERMAN v. EDWIN J. ADDERMAN.— Motion for leave to reargue and for a stay denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

TITIAN V. DE CANDIDO Doing Business as REX PHARMACY v. YOUNG STARS, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Stevens and Bastow, JJ.

BELA FABIAN v. AMERIKAI MAGYAR SZO (HUNGARIAN WORD INC.).— Motion for leave to appeal to the Court of Appeals and for an extension of time to answer the plaintiff's complaint granted. Settle order on notice. Concur — Breitel, J. P., Valente, McNally, Stevens and Bastow, JJ.